CITY OF JERSEY CITY, A MUNICIPAL CORP. OF THE STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. JERSEY CITY PARKING AUTHORITY, A PUBLIC BODY POLITIC AND CORPORATE CONSTITUTING A POLITICAL SUBDIVISION OF THE STATE OF NEW JERSEY, CREATED BY ORDINANCE OF THE CITY OF JERSEY CITY, DEFENDANT-RESPONDENT.

Argued November 23, 1976—Decided December 8, 1976.

*Mr. Thomas Fodice,* Assistant Corporation Counsel, argued the cause for appellant (*Mr. Dennis L. McGill,* Corporation Counsel, attorney; *Mr. William L. Cleary, Jr.,* First Assistant Corporation Counsel, on the brief).

*Mr. John J. Sheehy* argued the cause for respondent.

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division.

*For affirmance*—Chief Justice HUGHES, Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER and Judge CONFORD—7.

*For reversal*—None.